**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REMY RENAULT, | Case No. CV 16-7078 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA AND THE THOMSON REUTERS LONG TERM DISABILITY PLAN, | |
| Defendants. | |

IT IS ADJUDGED that the Plan administrator's determination in the above-captioned action is reversed and remanded for proceedings consistent with the Court's Order Reversing Administrative Determination Re: ERISA Benefits, filed contemporaneously with the filing of this Judgment.

Dated this 1st day of February, 2019.

                                                _____/s/_____
                                                   Fernando M. Olguin
                                              United States District Judge